UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RUTH JOHNSON, TERRI LYNN LAND, and MARIAN SHERIDAN,<br>    Plaintiffs,<br>                                v.<br><br>JOCELYN BENSON, Secretary of State of the State of Michigan, in her official capacity,<br>    Defendant. | Civil Action No. 1:20-cv-00948<br><br>**EXPEDITED CONSIDERATION REQUESTED** |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65(a), Plaintiffs Ruth Johnson, Terri Lynn Land, and Marian Sheridan hereby move the Court to enjoin, for the pendency of this case, the Defendant, Jocelyn Benson, Secretary of State of the State of Michigan, from permitting ballots that arrive at polling places after 8:00 p.m. on election day, including those not bearing postmarks, to be counted in the November 3, 2020 presidential election. The Defendant's stated policy of counting late ballots violates Article II of the U.S. Constitution and 3 U.S.C. § 1 and will impose irreparable harm on Plaintiffs by diluting their votes and threatening their ability to participate in the electoral college. The balance of equities and public interest support an injunction to protect all voters in Michigan and to preserve the integrity of the statewide vote.

Plaintiffs respectfully request that the Rule 65(c) bond amount, if any be required, be set at one dollar, as "the inconvenience and monetary loss" of the

requested injunction is valued at zero dollars. *Roth v. Bank of the Commonwealth*, 583 F.2d 527, 538–39 (6th Cir. 1978). Plaintiffs additionally respectfully request expedited consideration of this motion due to the imminent election and statutory ballot-receipt deadline of 8:00 p.m., November 3, 2020.

    The bases of this motion are set forth fully in the accompanying Memorandum and declarations. For reasons stated there, the Court should grant the motion.

Date: September 30, 2020

Respectfully submitted,

/s/ Todd A. Dawson
TODD A. DAWSON
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Phone: (216) 621-0200
Fax: (216) 696-0740
tdawson@bakerlaw.com

DAVID B. RIVKIN*
ANDREW M. GROSSMAN*
RICHARD B. RAILE*
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036

*Attorneys for Plaintiffs*

* Applications for Admission pending

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed on September 30, 2020, via the CM/ECF system, and that the foregoing has been served by hand delivery on Defendant.

Date: September 30, 2020

/s/ Todd A. Dawson
TODD A. DAWSON
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Phone: (216) 621-0200
Fax: (216) 696-0740
tdawson@bakerlaw.com

*Attorney for Plaintiffs*