UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUTH JOHNSON, et al.,

    Plaintiffs,

v.

JOCELYN BENSON,

    Defendant.

_____/

Case No. 1:20-cv-948

HONORABLE PAUL L. MALONEY

## ORDER GRANTING MOTION TO INTERVENE

Pending before the Court is a motion filed by Movants Michigan Alliance for Retired Americans, Detroit/Downriver Chapter of the A. Philip Randolph Institute, Charles Robinson, Gerard McMurran, and Jim Pedersen to intervene as defendants in this matter (ECF No. 9). The Plaintiffs and Defendant do not oppose the request (ECF No. 10). In light of the position of the Plaintiffs and Defendant on the motion to intervene,

**IT IS HEREBY ORDERED** that the motion to intervene as defendants (ECF No. 9) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court shall accept the proposed Answer for filing.

Dated: October 6, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge