UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUTH JOHNSON, TERRI LYNN LAND and
MARIAN SHERIDAN,

    Plaintiffs,

v

JOCELYN BENSON, Secretary of State of the
State of Michigan, in her official capacity,

    Defendant.

No. 1:20-cv-00948

HON. PAUL L. MALONEY

Todd A. Dawson
Baker & Hostetler LLP
Attorney for Plaintiffs
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio 44114
216.621.0200
tdawson@bakerlaw.com

David B. Rivkin
Andrew M. Grossman
Richard B. Raile
Baker & Hostetler LLP
Attorneys for Plaintiffs
1050 Connecticut Ave, NW, Suite 1100
Washington, DC 20036

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant
PO Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov

                                                                /

**STIPULATED ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT**

      This Court, being aware of its Order (R. 37) holding Plaintiffs' motion for preliminary injunction in abeyance, and considering the stipulation of the parties:

**IT IS ORDERED** that the time for Defendant Secretary of State Jocelyn Benson to file a response to Plaintiffs' complaint is extended until one week after any order of this Court concluding the abeyance.

Date: October 22, 2020      /s/ Paul L. Maloney
                            HON. PAUL L. MALONEY
                            U.S. DISTRICT COURT JUDGE

The parties, through their respective counsel, stipulate to the entry of the above order.

*s/Andrew M. Grossman (w/consent)*      Date: October 21, 2020
Todd A. Dawson
David B. Rivkin
Andrew M. Grossman
Richard B. Raile
Attorneys for Plaintiff


*s/Erik A. Grill*      Date: October 21, 2020
Erik A. Grill (P64713)
Heather Meingast (P55439)
Assistant Attorneys General
Attorneys for Defendant