# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RUTH JOHNSON, TERRI LYNN LAND, and MARIAN SHERIDAN,<br><br>    Plaintiffs,<br><br>                 v.<br><br>JOCELYN BENSON, Secretary of State of the State of Michigan, in her official capacity,<br><br>    Defendant,<br><br>            and<br><br>MICHIGAN ALLIANCE FOR RETIRED AMERICANS, et al.,<br><br>    Intervenor-Defendants. | No. 1:20-cv-00948-PLM-PJG |

### Stipulation of Voluntary Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Ruth Johnson, Terri Lynn Land, and Marian Sheridan, Defendant Jocelyn Benson, and Intervenors Michigan Alliance for Retired Americans, Detroit/Downriver Chapter of the A. Philip Randolph Institute, Charles Robinson, Gerard McMurran, and Jim Pedersen hereby stipulate to dismissal of this action. All parties who have appeared stipulate that the above-captioned matter be voluntarily dismissed without prejudice as to all claims, causes of actions, and parties, with each party bearing its own attorney's fees and costs.

Date: November 23, 2020

Respectfully submitted,

/s/   Erik A. Grill (with consent)
Erik A. Grill (P64713)
Heather S. Meingast (P55439)
Assistant Attorneys General
PO Box 30736
Lansing, MI 48909
(517) 335-7659
meingasth@michigan.gov
grille@michigan.gov

*Attorneys for Defendant*

/s/  Uzoma N. Nkwonta
(with consent)
Marc E. Elias (DC #442007)
Uzoma N. Nkwonta (DC #975323)
Courtney A. Elgart (DC #1645065)
Jyoti Jasrasaria (DC #1671527)
Emily Brailey (CA #300317)
PERKINS COIE LLP
700 Thirteenth Street NW,
Suite 800
Washington, DC 20005
Telephone: 202.654.6200
MElias@perkinscoie.com
UNkwonta@perkinscoie.com
CElgart@perkinscoie.com
JJasrasaria@perkinscoie.com
EBrailey@perkinscoie.com

Reina Almon-Griffin (WA #54651)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
RAlmon-Griffin@perkinscoie.com

/s/   Todd A. Dawson
TODD A. DAWSON
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square
Suite 2000
Cleveland, OH 44114
Phone: (216) 621-0200
Fax: (216) 696-0740
tdawson@bakerlaw.com

DAVID B. RIVKIN
ANDREW M. GROSSMAN
RICHARD B. RAILE
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036

*Attorneys for Plaintiffs*

Danielle Sivalingam (Serbin)
(CA #294369)
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Century City, California 90067
Telephone: 310.788.9900
DSivalingam@perkinscoie.com

Sarah S. Prescott (P70510)
SALVATORE PRESCOTT &
PORTER, PLLC
105 E. Main Street
Northville, MI 48167
(248) 679-8711

*Attorneys for Intervenors-Defendants*